PROB 34
(1/92)

**ORIGINAL**

Report and Order Terminating Probation/
Supervised Release

# United States District Court
## FOR THE
### DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 1 5 2007

at ___ o'clock and ___ min. ___
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

v.                                              Criminal No. CR 00-00018DAE-01

WILLIAM R. CANINCIA

It appearing that the period of supervised release expired on 3/10/2007, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

LISA K.T. JICHA
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this 13th day of March, 2007.

DAVID ALAN EZRA
U.S. District Judge